IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 10-0677-WS-N |
| R.H. SIMMONS, LLC and RANDALL H. SIMMONS, | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation (doc. 25) of the Magistrate Judge dated December 14, 2011 and made pursuant to 28 U.S.C. § 636 is **adopted** as the opinion of this Court. Accordingly, it is **ordered** that plaintiff's Motion for Default Judgment (doc. 15) be, and the same hereby is, **granted**. Default judgment shall be entered in plaintiff's favor and against both defendants, jointly and severally, in the total amount of **$493,878.21** (inclusive of principal, interest, pre-judgment interest calculated through today's date, stipulated attorney's fees and net costs). Post-judgment interest will accrue at the rate of **0.12%**, in accordance with 28 U.S.C. § 1961(a).

DONE and ORDERED this 9th day of January, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE